No. 81-1728. DONOVAN, SECRETARY OF LABOR v. SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL.; and

No. 81-1735. GARCIA v. SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL. Appeals from D. C. W. D. Tex. Judgment vacated and cases remanded for further consideration in light of *Transportation Union* v. *Long Island R. Co.*, 455 U. S. 678 (1982). JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would note probable jurisdiction and set cases for oral argument.

No. 80-1435. ARMY AND AIR FORCE EXCHANGE SERVICE v. GORMAN. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Army and Air Force Exchange Service* v. *Sheehan*, 456 U. S. 728 (1982).

No. 81-1561. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS v. SMITH. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Fletcher* v. *Weir*, 455 U. S. 603 (1982).

No. A-992. ESCOBAR v. BANTIM, WARDEN, ET AL. Application for release, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A-999 (81-2130). JOSEPH ET AL. v. BOND ET AL. C. A. 8th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D-257. IN RE DISBARMENT OF GOTKIN. Disbarment entered. [For earlier order herein, see 455 U. S. 1012.]